UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEY: GYASA-NUAGE-ELIJAH,<br><br>       *Plaintiff*,<br><br>v.<br><br>WILLIAM D. NASH et al.,<br><br>       *Defendants*. | Civil Action No. 23-4936<br>(MEF)(SDA)<br><br>**ORDER** |

United States Magistrate Judge Hammer issued a Report and Recommendation, recommending dismissal of this matter for failure appropriately respond to the Court's Order to Show Cause.

The Report is thorough and well-reasoned.

The Defendant has not objected to any of Judge Hammer's factual or legal conclusions, or to any aspect of his report.

Against this backdrop, and in light of the standard of review that applies here, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017), the Court adopts the Report and recommendation.

The complaint is dismissed without prejudice to the Plaintiff re-pleading on or before September 8, 2024. The plaintiff must serve the individual defendants on or before September 8, 2024. Failure to do so will result in the claims against those individuals being dismissed with prejudice.

It is on this 9th day of August, 2024 **SO ORDERED**.

                                                          Michael E. Farbiarz, U.S.D.J.